IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CALEB RAVIN[1], | § | |
| | § | No. 569, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below: Family Court |
| | § | of the State of Delaware |
| LYNN SPEARS, | § | |
| | § | File No. CN12-06874 |
| Respondent Below, | § | Petition No. 19-19399 |
| Appellee. | § | |

Submitted: July 6, 2020
Decided: July 14, 2020

## <u>**ORDER**</u>

It appears to the Court that, on March 12, 2020, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Caleb Ravin, to show cause why his appeal should not be dismissed for his failure to diligently prosecute his appeal by failing to pay the Family Court filing fee and transcript cost. The notice was returned unclaimed to the Court and resent to Ravin via first class mail on April 7, 2020. A timely response to the notice to show cause was due on or before April 20, 2020. Under the Court's emergency orders that extended filing deadlines due to the COVID-19 pandemic, the deadline for Ravin to file the Family Court filing fee and transcript cost was extended through July 1, 2020. To date, Ravin has not

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

responded to the notice to show cause nor has he paid the Family Court filing fee and transcript cost. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice